# UNITED STATES DISTRICT COURT
# DISTRICT OF MINNESOTA

_____

| | |
|---|---|
| TIMOTHY CHARLES HOLMSETH,<br><br>Plaintiff,<br><br>v.<br><br>CITY OF GRAND FORKS, et al,<br><br>Defendants. | Civil Nos. 16-2496 (JRT/LIB)<br><br><br>**ORDER ADOPTING REPORT<br>AND RECOMMENDATIONS** |

_____

Timothy Charles Holmseth, Unit #17, 320 17th Street NW, East Grand Forks, MN 56721, *pro se* plaintiff.

Based upon the Report and Recommendation of United States Magistrate Judge Leo I. Brisbois, and after an independent review of the files, records and proceedings in the above-entitled matter, **IT IS HEREBY ORDERED:**

1. This action is **SUMMARILY DISMISSED WITHOUT PREJUDICE**.

2. Plaintiff Timothy Charles Holmseth's application to proceed in forma pauperis, [Docket No. 2], is **DENIED AS MOOT**.

**LET JUDGMENT BE ENTERED ACCORDINGLY.**


Dated:  August 25, 2016            s/John R. Tunheim_____
at Minneapolis, Minnesota          JOHN R. TUNHEIM
                                   Chief Judge
                                   United States District Court